IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** | |
| v. | : | **DATE FILED:** | |
| **ALLEN JONES,**<br>    a/k/a "Big Al" | : | **VIOLATIONS:** | 21 U.S.C. § 841(a)(1)<br>**(Distribution of cocaine**<br>**- 3 counts)**<br>**Notice of Forfeiture** |
| | : | | |
| | : | | |

# I N D I C T M E N T

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 16, 2007, in Downingtown, in the Eastern District of Pennsylvania, defendant

**ALLEN JONES,**
**a/k/a "Big Al,"**

knowingly and intentionally distributed approximately 124 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 24, 2007, in Downingtown, in the Eastern District of Pennsylvania, defendant

**ALLEN JONES,**
a/k/a "Big Al,"

knowingly and intentionally distributed approximately 248 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 9, 2007, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ALLEN JONES,**

**a/k/a "Big Al,"**

knowingly and intentionally distributed approximately 250 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.    As a result of the violations of Title 21, United States Code, Section 841(a)(1), set forth in this indictment, defendant

**ALLEN JONES,**
**a/k/a "Big Al,"**

shall forfeit to the United States of America:

      (a)    any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offenses, including, but not limited to, the proceeds derived from the sale if the narcotics listed in Counts One through Three.

      2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the Court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**LAURIE MAGID**
**Acting United States Attorney**